**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**NORMAN V. WHITESIDE,**

    **Plaintiff,**

  **vs.**　　　　　　　　　　　　　　　　　　**Civil Action 2:08-CV-875**
　　　　　　　　　　　　　　　　　　　　　　**Judge Graham**
　　　　　　　　　　　　　　　　　　　　　　**Magistrate Judge King**

**TERRY COLLINS,** *et al.***,**

    **Defendants.**

<u>ORDER</u>

On September 16, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion to dismiss the claims against defendants Ericka Burks White and Ray Campbell, Doc. No. 76, be granted. *Order and Report and Recommendation*, Doc. No. 95. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The claims against defendants Ericka Burks White and Ray Campbell are **DISMISSED with prejudice**.

                                           S/ James L. Graham
                                           James L. Graham
                                           United States District Judge

Date: Oct. 12, 2010