IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**NORMAN V. WHITESIDE,**

        Plaintiff,

vs.                                Civil Action 2:08-CV-875
                                      Judge Graham
                                      Magistrate Judge King

**TERRY COLLINS, et al.,**

        Defendants.

<u>ORDER</u>

    On March 12, 2012, the United States Magistrate Judge issued a *Report and Recommendation* recommending that defendants' motion for summary judgment be denied without prejudice to renewal.  The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

    The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**.

Date: April 4, 2012

                                                        /s/ James L. Graham
                                                        James L. Graham
                                                        United States District Judge